## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

RONNIE RAY COLE                          CIVIL ACTION NO. 20-0026

                                         SECTION P
VS.

                                         JUDGE TERRY A. DOUGHTY

TRANSITIONAL WORK                        MAG. JUDGE KAREN L. HAYES
PROGRAM, ET AL.

## JUDGMENT

The Report and Recommendation [Doc. No. 15] of the Magistrate Judge having been considered, together with the written Objection [Doc. No. 16] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Ronnie Ray Cole's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 30th day of March, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE